# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WILLIAM ANDREW MYERS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. CV 08-S-647-NE |
| SHERIFF TYLER RODEN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a Report and Recommendation on December 10, 2008, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b).  No objections have been filed.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is, ADOPTED, and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

---

[1] The December 10, 2008, Report and Recommendation was mailed to the plaintiff at the address provided by him.  On December 17, 2008, the mailing was returned to the court with the notation "Return, Not in CCDC."  The plaintiff did not notify the court of a change to his address, and his whereabouts are unknown.

2

DONE this 7th day of January, 2009.

                                                                               /s/ Lynwood Smith
                                                                               United States District Judge